UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No.: 3:04-CV-569 (VARLAN/GUYTON) |
| LIQUID CONCEPTS, LLC d/b/a LIQUID KNOXVILLE; and CHRIS EPSTEIN, individually, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This matter coming before the Court upon the stipulation of Plaintiffs herein, by and through their counsel, and Defendants Liquid Concepts, LLC d/b/a Liquid Knoxville and Chris Epstein, individually, by and through their counsel, that all matters in dispute between Plaintiffs and Defendants have been settled, and that the parties therefore request that this case be dismissed with prejudice, without the award of fees or costs in favor of any party,

**IT IS HEREBY ORDERED**, that this case is now dismissed with prejudice, without the award of fees or costs in favor of either party.

ENTER:

                                              s/ Thomas A. Varlan
                                              UNITED STATES DISTRICT JUDGE